| NAME, ADDRESS & TELEPHONE NUMBER OF ATTORNEY(S) FOR, OR, PLAINTIFF OR DEFENDANT IF PLAINTIFF OR DEFENDANT IS PRO PER |
|---|
| ASHOT MANUKIAN |
| MARINA MANUKIAN |
| 1410 Virginia Ave |
| Glendale, California 91201 |
| Telephone No.: (818) 970-5731 |



ATTORNEYS FOR: Plaintiffs In Pro Se

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| ASHOT MANUKIAN, et al. | CASE NUMBER |
|---|---|
| Plaintiff(s), | CV11-00350 GAF (AGRx) |
| v. | |
| INDYMAC MORTGAGE SERVICES, et al. | CERTIFICATION AND NOTICE OF INTERESTED PARTIES |
| Defendant(s) | (Local Rule 7.1-1) |

TO:   THE COURT AND ALL PARTIES APPEARING OF RECORD:

The undersigned, counsel of record for   ASHOT MANUKIAN
(or party appearing in pro per), certifies that the following listed party (or parties) has (have) a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal. (Use additional sheet if necessary.)

**PARTY**                                                              **CONNECTION**
(List the names of all such parties and identify their connection and interest.)




January 11, 2011                                 _Sign_  ASHOT MANUKIAN
Date                                                                       Plaintiff In Pro Se


Attorney of record for or party appearing in pro per

NOTICE OF INTERESTED PARTIES

CV-30 (12/03)

## (PROOF OF SERVICE BY MAIL - 1013a and 2015.5 C.C.P.)

I, Mr. David R. Miranda, the undersigned declares:

I am and was at all times herein mentioned, a citizen of the United States and employed in the County of Los Angeles, over the age of eighteen years and not a party to the within action or proceeding; that my business or residence is: 920 North Eastman Avenue, Los Angeles, California 90063.

On of: **January 11, 2011,** at the direction of Plaintiffs Ashot Manukian and Marina Manukian, I served a true and correct copy, with all exhibits, of the following document(s) described as:

## PLAINTIFFS ASHOT MANUKIAN AND MARINA MANUKIANS' CERTIFICATE AND NOTICE OF INTERESTED PARTIES (LOCAL RULE 7.1-1),

on the party or parties named below, by placing a true copy thereof enclosed in a sealed envelope, for collection and mailing with the United States Postal Service where it would be deposited in the United States Postal Service that same day in the ordinary course of business, addressed as follows:

### SERVICE LIST

*Ashot Manukian, et al.,   v.   IndyMac Mortgage Services, et al.,*
UNITED STATES DISTRICT COURT NO.

| | |
|---|---|
| **Everett G. Barry, Esq.** | (619) 238-1010 |
| **Natalie D. Wilhelm, Esq.** | For Defendants, INDYMAC |
| **Hannah L. Fabrikant, Esq.** | MORTGAGE SERVICES, ONEWEST |
| MULVANEY, KAHAN & BARRY LLP | BANK, N.A., UNIONBANCAL |
| 401 West A Street, 17th Floor | MORTGAGE CORPORATION, |
| San Diego, California 92101-7994 | & IDEX WEST, LLC |

I declare (or certify, verify, or state) under penalty of perjury under the laws of the State of California, and of the United States, that the foregoing is true and correct and that this declaration was executed on January 11, 2011, at Los Angeles, California.

**DAVID R. MIRANDA**

1

Plaintiff's Proof of Service by Mail