**ASHOT MANUKIAN**
**MARINA MANUKIAN**
1410 Virginia Ave
Glendale, California 91201
Telephone No.: (818) 970-5731
Facsimile No.: (818) 970-5731

**Plaintiffs, ASHOT MANUKIAN AND**
**MARINA MANUKIAN,** *In Pro Se*

FILED

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
2011 JAN 12 PM 1:45
BY

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

ASHOT MANUKIAN, as Individual;     )
MARINA MANUKIAN, as Individual;    )
                                   )
                                   )
                                   )
            Plaintiffs,            )
                                   )
v.                                 )
                                   )
INDYMAC MORTGAGE SERVICES,         )
a California Corporation; and ONEWEST )
BANK, FSB, a National Banking      )
Association; UNION BANK, N.A., a   )
National Banking Association;      )
UNIONBANCAL MORTGAGE               )
CORPORATION, a California Corporation;  )

**CV11-00350**
CASE NO.  *6AF (AGRx)*

**PLAINTIFFS, ASHOT**
**MANUKIAN AND MARINA**
**MANUKIAN' NOTICE**
**OF PENDENCY OF**
**ACTION**
**[CCP § 405.20]**
**Lis Pendens**

[Unlimited Civil Action]

1

IDEX WEST, LLC, a California Limited )
Liability Corporation; and DOES 1 - 10 )
inclusive, )
)
)
Defendants. )
)
)
_____ ).

TO INDYMAC MORTGAGE SERVICES,   a California Corporation; ONEWEST BANK, FSB, a National Banking Association; UNION BANK, N.A., a National Banking Association; UNIONBANCAL MORTGAGE CORPORATION, a California Corporation; IDEX WEST, LLC, a California Limited Liability Corporation; ALL PARTIES  AND  THEIR  ATTORNEYS  OF  RECORD HEREIN, claiming a lien, right of possession or equitable interest in the property described below:

**NOTICE IS HEREBY GIVEN**, that, the above-entitled Federal civil action concerning and affecting the real property located at: **1131 Campbell Street, #229, Glendale, California 91207** (the "Real Property") as commenced on or about January 11, 2011, in the above-named Court by Plaintiffs, Ashot Manukian and Marina Manukian against Defendants, INDYMAC MORTGAGE SERVICES, ONEWEST BANK, FSB, UNION BANK, N.A., UNIONBANCAL MORTGAGE CORPORATION, IDEX WEST, LLC, and DOES 1 - 10 inclusive. The Federal civil action  affects title and the rights of possession to the Real Property, which is situated in the City of Los Angeles, County of Los Angeles, State of California having assessor's parcel number (APN): **5647-010-188.** In so doing, Plaintiffs reserve all arguments and objections relating to or involving title and right of possession to the

2

Real Property.

1.      Code of Civil Procedure § 405.22 provides that: "Except in actions subject to Section 405.6, the claimant shall, prior to recordation of the notice, cause a copy of the notice to be mailed, by registered or certified mail, return receipt requested, to all known addresses of the parties to whom the real property claim is adverse and to all owners of record of the real property affected by the real property claim as shown by the latest county assessment roll.  If there is no known address for service on an adverse party or owner, then as to that party or owner a declaration under penalty of perjury to that effect shall be recorded instead of the proof of service required above, and the service on that party or owner shall not be required. Immediately following recordation, a copy of the notice shall also be filed with the court in which the action is pending.  Service shall also be made immediately and in the same manner upon each adverse party later joined in the action."

## PROPERTY LEGAL DESCRIPTION

2.      1131 Campbell Street, #229, Glendale, California 91207. ("1131 Campbell Street  Property") is legally described as: AN UNDIVIDED 1/50 INTEREST IN LOT 1 OF TRACT NO. 49144, IN THE CITY OF GLENDALE, COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, AS PER MAP RECORDED IN BOOK 1201, PAGES 6 TO 8 INCLUSIVE OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.

The APN for the 1131 Campbell Street Property is: **5647-010-188.**

3.      I  am  *Plaintiffs In Pro Se / Claimants*  for  the County  of Los Angeles  in  the State  of  California and only owner of record of the real property affected.  I reside at: 1410 Virginia Ave, in the City of Glendale,

3

California.  In signing this notice, I state that I have fully complied with *Code of Civil Procedure § 405.22* by servicing each of the named defendants by certified mail and return receipt requested, which constitute all the parties to whom the real property claim is adverse.

**I declare (or certify, verify, or state) under penalty of perjury in the State of California, and of the United States, that the foregoing is true and correct.**

**Executed this 10th day of January, 2011, at the City of Glendale, California.**

Dated: January 10, 2011

By: _____
**ASHOT MANUKIAN**
*First Plaintiff In Pro Se*

By: _____
**MARINA MANUKIAN**
*Second Plaintiff In Pro Se*

4